IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GEORGE W. PALMORE,            )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:23cv368-MHT
                              )            (WO)
YESCARE CORP., et al.,        )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that he suffered a severe stroke and is now partially paralyzed due to the defendants' failure to provide him his prescribed blood pressure and other medication for five days. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay the filing fee or file an application to proceed *in forma pauperis* and the accompanying account information.  There are no objections to the recommendation.  After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of October, 2023.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**